| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| DISTRICT OF COLORADO | |
| Case number *(if known)* _____ | Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy      06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Pinnacol Holdings, LLC

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  
20-5565234

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 5136 North Prince<br>Clovis, NM 88101<br>Number, Street, City, State & ZIP Code | PO Box 546<br>Burlington, CO 80807<br>P.O. Box, Number, Street, City, State & ZIP Code |
| Curry<br>County | **Location of principal assets, if different from principal place of business**<br>1251 North Dumas Avenue Dumas, TX 79029<br>Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL) _____

**6. Type of debtor**
- ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other. Specify: _____

Debtor  **Pinnacol Holdings, LLC**          Case number (*if known*)
        Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

Debtor **Pinnacol Holdings, LLC**                                      Case number (*if known*) _____
       Name

List all cases. If more than 1,
attach a separate list                   Debtor **See Attachment**                           Relationship _____
                                         District _____  When _____      Case number, if known _____

**11. Why is the case filed in *this district?***  *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                            Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| ■ 1-49      | ☐ 1,000-5,000    | ☐ 25,001-50,000    |
| ☐ 50-99     | ☐ 5001-10,000    | ☐ 50,001-100,000   |
| ☐ 100-199   | ☐ 10,001-25,000  | ☐ More than 100,000|
| ☐ 200-999   |                  |                    |

**15. Estimated Assets**

| ■ $0 - $50,000              | ☐ $1,000,001 - $10 million        | ☐ $500,000,001 - $1 billion        |
| ☐ $50,001 - $100,000        | ☐ $10,000,001 - $50 million       | ☐ $1,000,000,001 - $10 billion     |
| ☐ $100,001 - $500,000       | ☐ $50,000,001 - $100 million      | ☐ $10,000,000,001 - $50 billion    |
| ☐ $500,001 - $1 million     | ☐ $100,000,001 - $500 million     | ☐ More than $50 billion            |

**16. Estimated liabilities**

| ☐ $0 - $50,000              | ☐ $1,000,001 - $10 million        | ☐ $500,000,001 - $1 billion        |
| ☐ $50,001 - $100,000        | ■ $10,000,001 - $50 million       | ☐ $1,000,000,001 - $10 billion     |
| ☐ $100,001 - $500,000       | ☐ $50,000,001 - $100 million      | ☐ $10,000,000,001 - $50 billion    |
| ☐ $500,001 - $1 million     | ☐ $100,000,001 - $500 million     | ☐ More than $50 billion            |

Debtor **Pinnacol Holdings, LLC**  Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **January 29, 2025**
MM / DD / YYYY

X **/s/ Clayton R. Smith**                     **Clayton R. Smith**
Signature of authorized representative of debtor         Printed name

Title **President**

**18. Signature of attorney**

X **/s/ Jeffrey A. Weinman**                    Date **January 29, 2025**
Signature of attorney for debtor                      MM / DD / YYYY

**Jeffrey A. Weinman 7605**
Printed name

**Allen Vellone Wolf Helfrich & Factor, P.C.**
Firm name

**1600 Stout Street**
**1900**
**Denver, CO 80202**
Number, Street, City, State & ZIP Code

Contact phone **303-534-4499**     Email address **jweinman@allen-vellone.com**

**7605 CO**
Bar number and State

Debtor **Pinnacol Holdings, LLC**
     Name

Case number (*if known*) _____

---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
DISTRICT OF COLORADO

Case number (*if known*) _____  Chapter **11**

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | |
|---|---|---|---|---|
| Debtor | **Eastern Colorado Seeds LLC** | | Relationship to you | **Business Affiliate** |
| District | **Colorado** | When **1/15/25** | Case number, if known | **25-10244 JGR** |
| Debtor | **ECS Farms, LLC** | | Relationship to you | **Business Affiliate** |
| District | **Colorado** | When **1/16/25** | Case number, if known | **25-10247 JGR** |
| Debtor | **Smith, Clayton R. and Christine L.** | | Relationship to you | **Business** |
| District | **Colorado** | When **1/29/25** | Case number, if known | **25-10478 JGR** |

# United States Bankruptcy Court
## District of Colorado

In re  **Pinnacol Holdings, LLC**  
Debtor(s)

Case No.  
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Christine L. Smith**<br>560 5th Street<br>Burlington, CO 80807 | | | 50% ownership |
| **Clayton R. Smith**<br>560 5th Street<br>Burlington, CO 80807 | | | 50% ownership |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **January 29, 2025**    Signature **/s/ Clayton R. Smith**  
                                              **Clayton R. Smith**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## District of Colorado

In re **Pinnacol Holdings, LLC**
Debtor(s)

Case No.
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **January 29, 2025**

**/s/ Clayton R. Smith**
**Clayton R. Smith**/**President**
Signer/Title